UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GARY SCHLOM, <br><br> Petitioner, <br><br> v. <br><br> LINDA SANDERS, Warden, <br><br> Respondent. | CV NO. 11-385-DSF (AJW) <br><br> JUDGMENT |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed.

Dated: 5-24-11

_____
Dale F. Fischer
United States District Judge